IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MAURICE KENNEY,** et al., | Case No. 1:22-CV-295 |
| Plaintiffs, | Judge Michael R. Barrett |
| vs. | |
| **CITY OF CINCINNATI,** et al., | |
| Defendants. | |

**MOTION FOR SUBSTITUTION OF THE ESTATE OF
CHASE BUTLER AS PARTY PLAINTIFF**

Comes now William Todd Butler, Administrator of the Estate of Chase Butler, deceased, and hereby moves this Court pursuant to Fed R. Civ. Proc. 25(a)(1) to substitute William Todd Butler, Administrator of the Estate of Chase Butler, deceased, for Chase Butler as a party Plaintiff in the instant case. A suggestion of the Death of Plaintiff Chase Butler has been furnished contemporaneously with the filing of this motion. Pursuant to Rule 25, Substitution of the estate is authorized so that the surviving claims of Chase Butler may proceed.

Respectfully submitted,

/ s/
J. Robert Linneman
J. Robert Linneman (0073846)
Brian P. O'Connor (0086646)
H. Louis Sirkin (0024573)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202
T: (513) 721-4450
F: (513) 852-5994
jrl@santenhughes.com
bpo@santenhughes.com
hls@santenhughes.com

1

 /s/ Jacqueline Greene
Jacqueline Greene (0092733)
Alphonse A. Gerhardstein (0032053)
FRIEDMAN GILBERT + GERHARDSTEIN
35 E. 7th St. Suite 201
Cincinnati, Ohio 45202
T: (513) 572-4200
F: (216) 621-0427
jacqueline@FGGfirm.com
al@FGGfirm.com


 /s/ Sarah Gelsomino
Sarah Gelsomino (0084340)
Elizabeth Bonham (0093733)
FRIEDMAN GILBERT + GERHARDSTEIN
50 Public Square Suite 1900
Cleveland, OH 44113
sarah@FGGfirm.com
elizabeth@FGGfirm.com

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

 I certify that on December 28, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 / s/ J. Robert Linneman
*One of the Attorneys for Plaintiffs*

695325.2