IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MAURICE KENNEY,** et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>**CITY OF CINCINNATI,** et al.,<br><br>    Defendants. | Case No. 1:22-CV-295<br><br>Judge Michael R. Barrett |

**ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, CERTIFICATION OF CLASS AND APPOINTMENT OF CLASS COUNSEL FOR SETTLEMENT PURPOSES, APPROVAL OF PROPOSED CLASS NOTICE AND ADMINISTRATION PROCESS, AND APPOINTMENT OF CLAIMS ADMINISTRATOR**

This matter is before the Court upon the Joint Motion of the parties for Preliminary Approval of the proposed Class Settlement, Certification of the Class, appointment of Class Counsel for settlement purposes, approval of proposed Class Notice and Administration Process, and Appointment of Claims Administrator ("Motion").

The Court being in all ways fully advised, finds the Motion to be well taken and the same is hereby **GRANTED. IT IS HEREBY ORDERED** as follows:

1. The proposed settlement terms as shown in the Settlement Agreement (ECF No. 33-1) are hereby preliminarily approved.

2. The proposed class as defined in the Motion and in the Settlement Agreement is conditionally certified pursuant to Fed. R. Civ. P. 23(c) and 23(e).

3. The Named Plaintiffs, as set forth in the Complaint, the Motion and the Settlement Agreement, are designated as Class Representatives.

4. Santen & Hughes, LPA and Friedman Gilbert + Gerhardstein are appointed as class counsel ("Class Counsel").

5. The Class Notice and attachments (collectively "Notice"), and the procedure for Class notification as set forth in the Settlement Agreement and the Motion are approved.

6. Rust Consultants, Inc. ("Administrator") is preliminarily appointed as Claims Administrator under the terms as set forth in the Settlement Agreement. The Administrator shall serve the Notice in the manner as set forth in the Motion and the Settlement Agreement, and may complete any other tasks set forth therein.

7. The Court will conduct a Rule 23 fairness hearing on May 7, 2026 at 11:00 A.M. to determine the overall fairness of the proposed settlement ("Hearing").

8. Any putative Class Member seeking to be excluded from the proposed settlement must submit their request in writing, in the manner provided in the Notice, on or before April 3, 2026.

9. Any putative Class Member who objects to the proposed Settlement must submit any objections in writing, in the manner provided in the Notice, on or before April 3, 2026.

10. The Clerk of Courts is hereby authorized and directed to accept paper filings from *pro se* persons seeking to be excluded from the proposed settlement, or submitting any objection to the proposed settlement, so long as the same are properly identified with the caption and case number of the case. The Clerk of Courts shall docket all such submissions in this case using the Court's CM/ECF system.

11. Class Counsel shall file any motion in support of final approval of the proposed Settlement Agreement on or before April 30, 2026. Class Counsel shall file any response to any objections to the proposed Settlement Agreement on or before April 30, 2026.

12. On or before April 30, 2026, Class Counsel shall file a declaration reporting on completion of the furnishing of notice as provided under the Settlement Agreement, and identifying any putative Class Member to whom notice could not be served.

13. The "Bar Date" (as defined in the Settlement Agreement) for submission of Declarations in Support of Inclusion in the Conditions of Confinement Subclass, and for Secondary Claims for Uncompensated Injury shall be June 5, 2026.

**SO ORDERED:**

/s/ Michael R. Barrett
_____
Michael R. Barrett
U.S. District Judge